**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**KERMIT LEE SANFORD,**

     **Plaintiff,**

**v.**                                                    **Case No. 1:20-cv-68-AW-GRJ**

**MARK S. INCH, et al.,**

     **Defendants.**

_____/

**ORDER OF DISMISSAL**

I have considered the magistrate judge's April 1, 2020 Report and Recommendation. ECF No. 5. There have been no objections. I agree with the report and recommendation: Plaintiff has not alleged any constitutional violation. It is now ordered that the Report and Recommendation, ECF No. 5, is adopted and incorporated in this Order. The clerk will enter a judgment that says, "This case is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(2)(B)(ii)." The clerk will then close the file.

SO ORDERED on May 18, 2020.

s/ *Allen Winsor*_____
United States District Judge